IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIEGO FRAUSTO,

Plaintiff,

vs.

IC SYSTEM, INC.,

Defendant.

Case No.: 10-cv-1363

**MOTION FOR ENLARGEMENT OF TIME**
**TO FILE RESPONSIVE PLEADING**

Defendant, IC SYSTEM, INC. ("IC"), moves for a 28-day enlargement of time to file a responsive pleading to Plaintiff's complaint, stating as follows:

1. Plaintiff's complaint purports to state claims against IC for violations of the Fair Debt Collection Practices Act.

2. IC was served with the complaint on March 1, 2010, and its responsive pleading is due on March 22, 2010.

3. Defendant has retained defense counsel who has filed his appearance concurrently with the instant motion. Counsel for the Defendant has contacted counsel for the Plaintiff about the instant motion, and Plaintiff's counsel does not oppose the enlargement of time sought.

4. Defendant hereby requests additional 28-days to on or before April 19, 2010 to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary for defense counsel to analyze the pleading and prepare the appropriate response.

WHEREFORE, Defendant, IC SYSTEM, INC., respectfully requests that this court grant it additional 28-days to on or before April 19, 2010 to file a responsive pleading to Plaintiff's complaint.

>Respectfully submitted,
>
>HINSHAW & CULBERTSON LLP
>
>By: s/ *David M. Schultz*
>     David M. Schultz

David M. Schultz
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000