**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DIEGO FRAUSTO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 10-cv-1363** |
| v. | ) | |
| | ) | **Judge Zagel** |
| **IC SYSTEM, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED MOTION TO DELETE DOCUMENTS FROM THE RECORD**

Defendant, IC SYSTEM, INC. ("IC"), respectfully moves this Honorable Court to enter an order directing the Clerk's Office to strike and delete from the record the documents filed as Document # 35 on the docket for this case, stating as follows:

1. On March 31, 2011, IC filed its motion for summary judgment (Docket # 33), supporting memorandum of law (Docket # 34), and Local Rule 56.1 statement of material facts (Docket # 35). The Local Rule 56.1 statement and the exhibits thereto contained information regarding the plaintiff that was supposed to be redacted before filing pursuant to Fed.R.Civ.P. 5.2 and the parties' agreement. Due to a clerical error, the undersigned's administrative assistance filed unredacted documents instead of the redacted documents.

2. IC respectfully requests that the Court enter an order directing the Clerk's Office to strike and delete from the record the documents that are currently filed as Document # 35 on the docket for this case.

3. After discovering the above error, the undersigned filed the Rule 56.1 statement and exhibits with appropriate redactions as Document # 43.

WHEREFORE, defendant, IC SYSTEM, INC., respectfully moves this Honorable Court to enter an order directing the Clerk's Office to strike and delete from the record the documents filed as Document # 35 on the docket of this case.

Respectfully submitted:

IC SYSTEM, INC.

By:   /s/ Peter E. Pederson
      One of its Attorneys

David M. Schultz
Peter E. Pederson
Avanti Bakane
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 (telephone)
(312) 704-3001 (facsimile)

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on April 1, 2011, he filed this document using the Court's CM/ECF system, which will make a copy available to counsel of record identified below.

                                                     /s/ Peter E. Pederson

## **Service List**

Alexander H. Burke, Esq.
ABurke@BurkeLawLLC.com
BURKE LAW OFFICES, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, Illinois 60601