**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DIEGO FRAUSTO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 10-cv-1363** |
| **v.** ) | |
| ) | **Judge Zagel** |
| **IC SYSTEM, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION TO STRIKE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant, IC System, Inc., respectfully moves this Honorable Court to strike plaintiff's Motion for Class Certification [DE # 36]. In support of this motion, defendant incorporates the arguments set forth in its response to this Court's June 30, 2011 order [DE # 55].

Respectfully submitted

IC SYSTEM, INC.

By:   /s/ Peter E. Pederson
      One of its Attorneys

David M. Schultz
Peter E. Pederson
Avanti Bakane
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
Fax: (312) 704-3001

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on July 12, 2011, he served this document by causing a copy to be electronically filed through the Court's CM/ECF system, which will make a copy available to counsel of record identified below.

/s/ Peter E. Pederson

**Service List**

Alexander H. Burke, Esq.
ABurke@BurkeLawLLC.com
BURKE LAW OFFICES, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, Illinois 60601