# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| DIEGO FRAUSTO <br> *Plaintiff* <br> v. <br> IC SYSTEM, INC. <br> *Defendant* | ) <br> ) <br> ) Civil Action No.    10 C 1363 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:

     Summary judgment is entered in favor of defendant IC System, Inc. and against plaintiff, Diego Frausto.

     Plaintiff recover nothing from the defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge    James B. Zagel    on a motion for    summary judgment.

Date:    Aug 22, 2011                 Michael W. Dobbins, Clerk of Court

                                                                                 /s/ Donald Walker