IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIEGO FRAUSTO, | ) | Exhbit A |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10-cv-1363 |
| v. | ) | |
| | ) | Judge Zagel |
| IC SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF SUE JOHNSON

If called as a witness in this action, I, Sue Johnson, would testify to the following facts:

1. I am employed by the defendant, IC System, Inc. ("IC"), as Director of Legal Affairs. IC is a collection agency. I base this affidavit on my review of the records IC keeps regarding the plaintiff, Diego Frausto, and IC's attempts to collect the debt he owed to PayPal, Inc. ("PayPal").

2. Plaintiff has filed a motion for reconsideration of the Court's order granting summary judgment to IC.

3. In the motion, plaintiff contends that he sent PayPal an August 19, 2009 letter that stated, "I hereby revoke permission for your company or any of its affiliates or subsidiaries to call my cell phone at 224-595-7867." A copy of the letter is attached to the motion for reconsideration.

4. Also attached to the motion is a document issued by the United States Postal Service indicating that PayPal received the letter on August 25, 2009.

5. IC first became aware of the August 19, 2009 letter on September 13, 2011, when IC received a copy of the letter from its counsel in this litigation.

6.      At no time did PayPal send the letter to IC. At no time did PayPal notify IC that plaintiff allegedly sent it a letter in which he claimed to revoke permission to be contacted on his cell phone.

I certify under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct, to the best of my knowledge and belief.

_____
Sue Johnson

10/27/2011
_____
Date